**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SCOTT MCCRAIN,

                    Plaintiff,                17 **CIVIL** 2520 (RA)

       -against-                   **JUDGMENT**


METROPOLITAN TRANSPORTATION
AUTHORITY; MICHAEL COAN; JOHN
D'AGOSTINO; JOSEPH ESPOSITO; GARY
HOYSRADT; and CHRISTOPHER NAHMAN,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 18, 2020, Defendants'

motion for summary judgment is granted in its entirety; accordingly, the case is closed.


**Dated:** New York, New York
       March 18, 2020



                        **RUBY J. KRAJICK**
                        _____
                           **Clerk of Court**
            **BY:**                   
                        _____
                          **Deputy Clerk**